# UNITED STATES DISTRICT COURT
for the

FILED IN CLERKS OFFICE

2022 OCT -5 AM 11: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

Michael Jon Gelagotis
*Petitioner*

v.                                    Case No. _____
                                      (Supplied by Clerk of Court)
Amy Boncher
FMC Medical Center Devens MA.
*Respondent*
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Michael Jon Gelagotis
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: FMC Medical Center Devens
   (b) Address: PO Box 879
                Ayer MA 01432-0879
   (c) Your identification number: 26416-078
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain: _____
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: Eastern District of Texas, Beaumont, Texas
      (b) Docket number of criminal case: 1:16-CR-00043-001
      (c) Date of sentencing: 02-14-2017
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: __FMC Devens Medical Center Ayer, MASS__
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): __Missing ETC's and Misapplication of ETC's__
   (d) Date of the decision or action: __Ongoing__

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes    ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☐ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

_____
_____
_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☐ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

_____
_____
_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes      ☐ No

If "Yes," answer the following:
    (a)  Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes      ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes      ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
☐ Yes      ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes      ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes             ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

12. Other appeals
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes             ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: Earned Time Credits (ETC's) calculations, Application

(a) Supporting facts (Be brief. Do not cite cases or law.):
As of 09/21/2022 I have documented 240 days of ETC's and only 165 have been applied to my release date.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☐ No

GROUND TWO: Earned Time Credits (ETC's) missing from working at Unicor / Federal Prison Industries.

(a) Supporting facts (Be brief. Do not cite cases or law.):
I worked for FPI-Unicor from 05/13/2021 thru 11/10/2021 as the Accounting Clerk. With the missing ETC's from this EBRR Program it would max me out at the 365 day applied to sentence and combined with the Second Chance Act and home confinement I would have been released 04/13/2022

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

GROUND THREE: Exhaustion of Administrative Remedies

(a) Supporting facts (Be brief. Do not cite cases or law.):
After many attempts to correct this with the Counselor and Case Manager, I was finally given the BP 8.5 on 9/19/2022 and was told it could take up to 6 months to complete. It is futile to continue with the process as if applied ETC's would put me for Imedite release consideration.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

GROUND FOUR:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes      ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: To properly calculate my ETC's under the First Step Act and Second Chance Act and apply them in accordance, or any other releif the Court deems necserry

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 09/21/2022

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any